UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RUSSELL PRIORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No.  1:22-cv-00194-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 10) |

　　　　Plaintiff John Russell Priore is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 14, 2022, the Magistrate Judge issued findings and recommendations recommending dismissal of this case without prejudice, based on Plaintiff's failure to comply with a court order.  (ECF No. 10.)  The findings and recommendations provided Plaintiff with an opportunity to file objections within fourteen days.  (*Id.*)  Over eight months have now passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued July 14, 2022, (ECF No. 10), are adopted in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 30, 2023

_____
UNITED STATES DISTRICT JUDGE